# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Statesboro Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 OCT 23 PM 12: 45

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| United States of America<br>v.<br>Nakayun Holsey | ) Case No: 6:04CR00011-1<br>) <br>) USM No: 11929-021 |
| Date of Original Judgment: December 2, 2004<br>Date of Previous Amended Judgment: April 15, 2014<br>*(Use Date of Last Amended Judgment if Any)* | ) Malcolm Bryant, Jr.<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☒ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated December 2, 2004 shall remain in effect.
**IT IS SO ORDERED.**
Order Date: Oct, 23, 2015

_____
*Judge's signature*

Dudley H. Bowen, Jr.
Effective Date: November 1, 2015    United States District Judge
*(if different from order date)*    *Printed name and title*